**ORIGINAL**

UNITED STATES FEDERAL COURT

300 ALA MOANA BLVD.

C338

HONOLULU, HI 96850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 09 2019

at 5 o'clock and 00 min. PM
SUE BEITIA, CLERK

Ms. Hunt                                    Case:

                                            Judge:

Vs.

Diane Yoshimura AKA

YOO, DIANE DONG SOOK

Any and all Alias yee Dong Sook,

yoo et all

Jennifer L. wise, Marie E.Taufu et all

IFP subm.

CV19  00490DKW  RT

COMPLAINT

Comes now, temporary pro se Ms. Hunt a Non-Lawyer (temporary) pro se litigant pleadings in this case are being filed by Plaintiff In Propria Persona, wherein pleadings are to be considered without regard to technicalities. Propria, pleadings are not to be held to the same high standards of perfection as practicing lawyers. See Haines v. Kerner 92 Sct 594, also See Power 914 F2d 1459 (11th Cir1990), also See Hulsey v. Ownes 63 F3d 354 (5th Cir 1995). also See In Re: HALL v. BELLMON 935 F.2d 1106 (10th Cir. 1991)." In Puckett v. Cox, it was held that a pro-se pleading requires less stringent reading than one drafted by a lawyer (456 F2d 233 (1972 Sixth Circuit USCA). Justice Black in Conley v. Gibson, 355 U.S. 41 at 48 (1957) All pleading holds that all pleadings shall be construed to do substantial justice." **The US Federal court has jurisdiction over this civil law suit where there is a matter in controversy exceeds over $75,000 plus her cost of an apartment all her expenses were paid for Ms. Hunt was wrongfully terminated from her employment on another island due to five specific people (two of who may be added in after she is allowed a thirty day to amend these individuals who cyber stalked harassed her two of these individuals may be added in amended complaint. Ms. Hunt is waiting on EVIDENCE FROM FOIA REQUESTS WHICH according to the law is only suppose to be 30 days. In**

addition, to loss of other employment for the last 14 months, present and this has severally effected future employment working for elite well known principal families and has excellent references in the line of employment Ms. Hunt has done for for approximately over 15 years. Due to damages these specific individuals she has now caused with specific agency that hire for working for the elite and other employment opportunities losses due to this slander, defamation of character, libel and malice with malicious, willful wanton, vexatious intent to harm Ms. Hunt that these women have accomplished to destroy Ms. Hunts good name in a character assignation and cyber stalking harassment providing "falsifying documents and inaccurate information and falsifying documents which they threatened so Diane Yoshimura would not pay for salary /wages. Jen wise her accomplice employee/ Realtor unlicensed practicing law without a license (who is no longer a realator there are DCCA complaints filed) and more that are in the process Ms. Hunt was informed. Jen wise has acted as Diane Yoshimura's attorney practicing law without a license and a complaint is in the process of being filed with the Office of Ethics/Hawaii Bar Association with more complaints to follow from apparently the Broker and another Realtor Ms. Hunt has been informed.

Ms. Hunt has lost faith in the Judicial system in Maui from y Patrick Wong who was supposed to be MPD legal counsel who violated FOIA laws 92F22-24 5 USC 552 State and US Federal and was arrested who is also now aware of what a "character assignation of allege accusations please see news articles as reference Maui News. Prior to attorney Mr. Wong did not fully cooperate in providing any and all "correct public records and as of yet she still has not received she received documents with another Ms. Hunt who is not Ms. Hunt who has never been married or had any children." Ms. Hunt filed a complaint with higher officials and has phoned numerous times. Ms. Hunt received for approximately 5 months someone else's documents "named a Ms. Hunt who had a son and these were NOT the correct records all stamped certified " and the Records Division employees refused to listen or cooperate and was extremely rude telling Ms. Hunt to take the god dam records and get the hell out of here they provided her the records from authorities which was incorrect and not Ms. Hunt she has never been married nor has she had any children. It has taken many, many months to attempt to get "correct records and as of yet she still has not received all the correct records according to Hawaii Statue 92F 22-24 5 USC 552.

This has cost Ms. Hunt time, money and her employment with her prior employer which she would have been able to fly to the other state and meet with the principals / family as the same equal opportunity as the couple private estate had from their original home land to explain. Ms. Hunt has lost all trust and faith with the MPD and their records division and their specific law enforcement officers who dragged out and refused to

do their job regarding providing public records immediately as she requested in person with high FOIA office , via phone in writing to the Chief of MPD and specific employees. Ms. Hunt wrote the Chief of MPD and phoned several times after specific Lt. and Captains thought this was funny that Ms. Hunt worked for an elite Billionaire which will remain confidential as she has requested a meeting. Specific public servants C, L. and other officer refused to cooperate in providing me "as of yet all correct public records" to in a "reasonable amount of time where she would have been able to clear this wrongful termination and clear her good name Ms. Hunt interfering with she believes her legal rights. Ms. Hunt had higher officials office who also made several attempts to try to help and as of yet if has not been "corrected fully as of yet". This has been a nightmare between the MPD their public records division. Ms. Hunt filed A complaints which nothing was done regarding the mistreatment and laughing about the appeared and demonstrated severe on going negligence on MPD police reports which has caused severe damages to her employment past and present. Ms. Hunt wrote letters to attorney Patrick Wong and MPD Chief of Police Taviolo not to move alter or destroy any records including but not limited to any and all paper, electronic recordings, phone records from any and all MPD stations , correspondence's and electronic camera specifically on Officer Esperanza not to be moved altered or destroyed or there would be an expoilation of evidence claim.

Ms. Hunt will be filing a court order for any and all public records from specific public offices due to Ms. Hunt has wasted labor around by attorney Patrick Wong prior attorney for MPD and given excuses by specific attorneys who she was told they were filling in temporarily while Attorney Patrick Wong was arrested for ALLEGED domestic violence charges. (See media ONLINE and news paper March 9, 2018 OF ARREST. ) Ms. Hunt was further informed their counsel's office had nothing to do with MPD and their reports that Ms. Hunt had to go back being ping ponged back and forth to different official's offices wasting delaying time and costing Ms. Hunt time, money and interfering with her employment opportunities. Instead of just owning up to we made a mistake were sorry lets fix this immediately which would have been the "right thing or as in Hawaii they say PONO thing to do.

- Mr. Wong appeared to waste my time and labor dragging and delaying my numerous public records requests per the law which letters were written to FOIP@Hawaii.gov . Ms. Hunt reported this numerous times to this agency and spoke with their legal counsel who informed me he was violating the laws and to obain an attorney. Interfering with clearing this matter up and expediting as Ms. Hunt had pleaded with specific public officials in Maui County for some much requested help instead my numerous public records to requests and to be 100 % corrected were delayed to provide public records requests according to the law which was quoted 92F22-24 , 5 USC 552 in writing and documented. Specific public servants laughed and found this to be amusing that due to inaccurateand FALSIFIED DOCUMENTS made by these three women information which

caused me severe damages and loss of my employment working for an elite billionaire family. Mr. and specific other law enforcement found this to be treated as a joke with the line of employment that Ms. Hunt has done for approximately 15 + years now. It was no joke and had they provided the "correct public record reports immediately that Ms. Hunt requested and was severally mistreated by both specific MPD and their County Counsel as it was stated to me "the good ole boys of Maui County." Ms. Hunt may have been able to fly to the other state and met with the Principals family or at least the CEO son in law and been able to clear this "falsified character assignation" inaccurate matter up and received her job back or at least been able to clear her good family name!"Ms. Hunt has siblings who work for government and this is degrading, public humiliation and thanks god her parents are not alive to see this disgrace of their family good name.

- Ms. Hunt filed I A complaint and she would like re investigated she does not believe it was handled ethically especially now after all what is happening according to "real news media with an officer allegedly offering to throw court case etc. because like Mr. Wong and every American we are suppose to be allowed according to the US Constitution are "fair day in court!"
•

Ms. Hunt will confidential as she signed a confidentiality contract and she will produced sealed to the Judge only according to what is stated in the contract only a lawyer may view. Ms. Hunt has always honored her word and been confidential to protect all of her clients over the approximate 15 + years even though this last clients management team of three have not honored their word and she would like to believe it is the Manager in another state and the two foreign managers who have not been honest to their clients which she is praying to meet and get this all cleared once and for all. Ms. Hunt has worked for several well known elite billionaires and millionaires some who have been Judges in other states, lawyers, doctors, CEO's of known Fortune 500 businesses famous well known elite families around the world.

<u>Ms. Hunt has "lost all public trust in the judicial system on Maui"</u> after what she has observed and it has been demonstrated by specific public officials from the courts, MPD she doesn't know who she can trust if anyone. Diane Yoshimura stating she has connections with MPD Mr. Yoshimura was employed with MPD retired as a dispatcher according to their sons. Mr. Yoshimura is not directly involved he was terminally ill and is deceased. However Diane Yoshimura claims she used his name and his connections from her and her husband's bar owner business several years ago with specific public officials, courts and officers. Ms. Hunt has lost public trust and really doesn't know who she can trust. Ms. Hunt after what she has been through has lost all public trust in the judicial system in Maui County.
Please see internet several MPD Officers being arrested for drug problems, offering to throw court cases all on the internet. (See March 9, 2019 Star Adviser) off internet ie:

*Maui County Corporation Counsel Patrick K. Wong was placed on administrative leave after being charged Saturday with abuse of a household member, the county said.*

*Wong was arrested at 12:15 a.m. Saturday at a residence in Wailuku and subsequently posted bail, according to Maui County. Further details were not released.*

Ms. Hunt is filing for personal back unpaid wages/salary and personal injury damages for cyber 18 USC 2281-A stalking/harassment, harassment, slander, libel and defamation of character with willful vexatious wanton, malicious vindictive intent to harm Ms. Hunt and her good name and her family good name. Due to Ms. Hunt attempted to collect back wages/salary owed to her that as of yet she has never received was filed with proper authorities who have not done their job according to the laws. Diane Yoshimura who she temporarily worked for and was training her son Michael Yoshimura. There is evidence and witnesses specifically a Broker Ms. Gandall who Ms. Hunt had witnessed Jen wise make threats to harm Ms. Hunt, Ms. Gandall and another realtor. Jen wise was employed with Maui Life S Reality and was terminated due to her severe violation of ethics and her drug addiction problems. Please see (public records of Felony arrests) and CPS where a Judge may view the two minor little girls that have been permanently removed from both parents due to their criminal records and alleged abuse. Ms. Hunt met Jen wise at this real-estate office.

Ms. Hunt had sent Diane yoshimura a letter for unpaid wages and only after witnessing Diane yoshimuras threats appeared and demonstrated highly unprofessional towards her and other people IN PUBLIC PLACES and her behavior screaming, threatening and cussing at business people. Ms. Hunt was in great fear to meet her at her at her home/business after she tried to falsify call the police on one of her sons who recently graduated college from University of Hawaii who is a nice young man and is a law abiding citizen and has no criminal background. Ms. Hunt will be providing documentation to show as evidence regarding according to medical records showing appeared and demonstrated unstable illness that she and her acted attorney jen wise filed in court. Ms. Hunt has written several public officials Chief Judge Cardoza , new Chief Judge the prior prosecutor Mr. Kim and stated she is in fear   Ms. Hunt has also stated and written the new prosecutor Mr. Guzman

Ms. Hunt was in fear due to Diane yoshimura ongoing threats to her if she tried to collect her unpaid wages/salary. Ms. Hunt had requested to meet her in a public place where there would be cameras to document due to this women's previously made threats to harm Ms. Hunts reputation (character assignation) falsify statements to harm Ms. Hunt stating that DIANE y. "she had many friends in Hawaii in public high places in Oahu and Maui starting from the Maui Police Department to courts to several county and public officials in Hawaii and she would destroy Ms. Hunts reputation if she tried to collect her unpaid wages/salary." Ms. Hunt just wanted to be paid for her temporary employment and to move on and Ms. Hunt did move on and these two women have ongoing harassed and threatened her. Diane yoshimura laughed and stated she knew people and that Ms. Hunt had no idea who she was dealing with her and the people she was connected to in Hawaii. **Diane yoshimura stated that her late husband James Yoshimura use to work with Maui Police Department and that they use to own a      Bar and that she had claimed to have special favors with some of the Maui Police Department, the courts and with county offices and county and public officials in Hawaii.** Ms. Hunt later found out that Diane Yoshimura has had appeared and demonstrated history of being in trouble with the IRS and apparently appeared and demonstrated not to pay people who work for her including the government according to records. **Diane**

**Yoshimura has stated in front of Ms. Hunt that the "laws don't apply to her due to the public officials she claims to know in the Maui Police Department and she claims court" and public officials who she claims use to frequent at she claims her Korean Bar from years ago.** Ms. Hunt was unaware of her claims of being a bar owner or appeared and demonstrated way she unprofessionally carry's herself Ms. Hunt would have never temporarily worked for her.

**Ms. Hunt has worked for elite well known families for approximately 15+ years and she has had temporary custody by out of state court in high profile divorce case and has always been confidential of all her principal clients. Ms. Hunt has worked for many elite millionaires, billionaires for several years professional Judges in different states, lawyers, doctors etc. CEOs families she has had to get background checks and passed.** Ms. Hunt has and loss of her employment and her place of residence working for an elite billionaire family where she was wrongfully terminated due to online cyber stalking harassment and ongoing harassment and falsified documents and records that were filed with the intent to severally financially harm Ms. Hunts good name and family name and her employment which it has caused her to be terminated. In addition, Ms. Hunt is suing for damages slander, defamation of character, libel with malice and will be adding evidence to court records in her amended complaint if the honorable Judge allows for all the above which she will be able to prove in a court of law with a jury of peers of law abiding citizens. *Ms. Hunt is filing this plea in US Federal court due to there are US Federal laws being violated (see US Federal laws below which there will be more added possibly) and Ms. Hunt has lost public faith in the lower court Judicial system due* to Diane Yoshimura stated claims. In addition to after making numerous public records request per FOIA laws 5 USC 552 and 92F22-24 from specific public officials that as of yet she still after speaking out publicly which she has stated in writing not to be moved altered or destroyed by several public offices she still has NOT received from public officials. Ms. Hunt has about a mustard seed of faith and due to recent media and news stories regarding Maui and regarding offers of throwing a court case and other media information has about a mustard seed lost public trust with the lower judicial court system. Ms. Hunt has about a mustard seed of faith after seeing the news regarding the court case in State of Hawaii regarding a prior prosecutor and prior Chief of Police and other public officials who have been publicly exposed for public corruption on another island. **Due to during this time attorney Patrick Wong who was arrested for alleged domestic violence abuse who was the county counsel general counsel and delayed and made excuses for my public records request. Ms. Hunt has had to speak out publicly to request meetings with the Prosecutors the prior Mr. Kim due to the ongoing delays with specific people at the prosecutor's office front office which she did not blame Mr. Kim as she did not believe he was aware of specific front office staff** who refused to let her speak to the Prosecutor when she had originally requested. Ms. Hunt has had little to no help from the Victims Advocate Office they have not explained what their office is supposed to do they handed me a book and apologized for taking so long to get back to me. Ms. Hunt has been informed recently 16 pages of evidence have been lost from the Prosecutors office and one attorney shook her fist and screamed at Ms. Hunt stating they refused to prosecute and to get the hell out of her office at front desk she believes to embarrass and intimidate her. Ms. Hunt has lost public trust in the lower court judicial system Ms. Hunt feels the criminals have more rights than law abiding citizens like herself in this state. The legal aid attorney and an older police officer laughed and stated they do have more rights. The legal aid attorney informed me this was too complicated for him and told me that Ms. Hunt knew more about US Federal laws than he did and he went to law school and laughed and told me that I should consider going to law school and to get laws changed due to the judicial system he stated was severally broken. Ms. Hunt is filing this complaint due to

she was provided by officials the incorrect statute of limitations for unpaid wages/salary. Ms. Hunt would request the court to accept this complaint and provide her thirty days to amend the complaint as this may be amended with other parties that two are on a working visa from another counter and one manager is in California a United States citizen. Ms. Hunt is negotiating a meeting with the new attorney who is presently representing the Principals family. Ms. Hunt believes that she will have a meeting with their attorney and the son in law the CEO and prays to have face to face meeting with the parents so that she may clear her good name with the family and let them know the three managers they have who were representing them have been about greed and money and they have appeared and demonstrated not to represent this family in confidential or professionally for this Principals family highest good.

Ms. Hunt would request 30 days to amend this complaint as per her numerous FOIA requests which have been sent to higher officials out of the state of Hawaii will also provide specific local officials to finally abide by the FOIA laws which some of this evidence will be used to show the court the damages that have been done to Ms. Hunt specifically her wrongful termination due to specific inaccurate and some falsified documents that Diane Yoshimura and Jen wise and Maria Taufue filed with courts with the malicious, vexatious intent to do a character assignation against me as Diane Yoshimura stated Ms., Hunt would never be able to find work thanks to her and her accomplices. Ms. Hunt has sent approximately 8,820 resumes and cover letters for employment. Ms. Hunt has been denied employment a place of residence because of what Diane Yoshimura and these three women and may be added in the amended complaint two foreigners and a California resident.

Due to other parties at least three who reside in other state a real estate agent in California and two may be legal in US on visa's her working from another country may be added in Ms. Hunt is negotiating a meeting with the Principals family attorney and their newly appointed CEO the Principals son in law and prays to meet the direct family due to resolve in a peaceful resolution for the Principals and their family and to move forward with her life. Ms. Hunt does not believe the Principals and their family were provided the "**real truth and because of greed and jealousy of three people working for the company one in California and the estate couple in Hawaii who are on a working visa she believe and full time residence in another country according to them collecting their benefits and flying back and forth to work in the USA.**

Ms. Hunt is filing this suit including for back unpaid salary/wages as Ms. Hunt still has not been paid as of yet her salary from Diane Yoshimura / aka and any and all alias names yoo, diane dong sook this women may have et all. Ms. Hunt has been ongoing harassed since **2017, 2018, presently 2019** having six tires vandalized and specific threats were made by Diane Yoshimura and Jen wise a felon (please see criminal records) to Ms. Hunt, Broker and another realator. In addition Ms. Hunt witnessed threats that were made to harm a Broker Ms. Gandall and another real estate agent at her company the Broker Ms. Gandall had to file a TRO after severe vandalism of her property. (see exhibits which are public records case # of human feces smeared on walls) Ms. Wise employed at Maui Life Style Reality was terminated from her real estate position due to discovered "**severe violation of ethics**" along with a "**substance abuse issues**". **(see Exhibits attached for public court records for arrest )where she has lost custody of her two minor children permanently which the Judge may view cases due to this is confidential and they are minors. Ms. Hunt was unaware of any of this information until she came back on island after her wrongful termination. Ms. Hunt prays these two children are with families who will**

provide them a safe, loving stable environment that they apparently never had with the mother Jen wise.

Ms. Hunt is requesting 42 USC 1985 action which seeks compensatory and punitive damages in conjunction with equitable relief as in this case is considered a legal claim, entitling Plaintiff to a jury trial. See An-Ti v. Michigan Technological Univ., 493 F. Supp. 1137. **Pro Se litigants entitled to attorney's fees U.S. Constitutional Issues (5th, 7th, 13th, 14th) Civil Rights Issues (1983, 1985)** Ms. Hunt has requested numerous times per FOIA "Freedom Information Act" laws both state Hawaii 92F24 and 5 USC 552 for "correct public records regarding reports . Comes now, temporary pro se Ms. Hunt is requesting to file as pauperis status caused by cyber stalking 18 USC 2261-A harassment, 28 USC 4101 (1) slander, libel and defamation of character of parties who have caused me serious financial harm causing me loss of employment of a really great job working for an elite well known family that at Ms. Hunt had signed a confidentiality agreement. Due to inaccurate and grossly misconstrued information by Diane yoshimura and Jen wise, Maria Tafau and other parties that maybe added due to wrongful termination of a private estate manager position. The attorney at the time never honored the agreement for a month's severance or reimbursement of all her moving expenses as promised by the California Manager who was representing the elite well known billionaire family who Ms. Hunt never had the same equal opportunity to meet her or the elite well known family in person as the other estate couple that was hired directly by the Principal/family and their direct manager in another state . In addition, Ms. Hunts United States mail and packages were never provided to her along with her medical and vision insurance not being properly notified and covered as promised by employer The Estate Manager in another state appeared and demonstrated to be vindictive and spiteful and cancel her insurance immediately without properly notifying her which she has incurred large medical bill. The out of state /gatekeeper Estate manager who lives and resides in in another state for this family business in another state who canceled immediately without proper notifying her as the law requires Ms. Hunt believes. Ms. Hunt has other evidence documented regarding her wrongful termination that she is scheduling a meeting with the Principal's new attorney to have a meeting in hopes to resolve this grossly misconstrued cyber stalking harassment character assignation information falsified information that has severally affected her line of employment that she has done for approximately 20 years and her reputation working with the elites families of the world she is requesting immediately to clear her name and her good family name. As this these two women possible a third ACCORDING TO evidence that will be provided who with willful, wanton, malicious intent who threatened Ms. Hunt to do her harm along with a Real Estate Broker in Maui. Ms. Hunt was also not provided the same equal opportunity as the Estate Manager married couple a "foreign country to meet with the owners directly. The resident in the state of state and employed by the elite Principal family a another state Manager who will be known for now as Mrs. H had she met the owners of this private estate they would have realized along with her excellent references from the families over approximately 20 years she has been employed with of the same elite financial stature that Ms. Hunt is a professional business women and has always been extremely confidential, loyal of her honor and word. The other Private Estate manager couple that maybe added in this legal matter or a separate legal matter that she hopes to get this resolved with the Principals and their new attorney. This foreign couple was about simple and pure demonstrated verbally of "hate towards an American Citizens and purely utterly about

greed for more money and made threat immediately to have me terminated so they would be paid more money and so they would not have to have another employee able to report their demonstrated and witnessed highly unprofessional inappropriate disrespect to the Principals vacation estate. The estate manager's inappropriate remarks towards myself and specific ethnic people that are hardworking American Citizens. Had Ms. Hunt been flown out directly to meet the family in the State they are residing in presently, the family would have been able to see for themselves the professional private business women she has always demonstrated to be and carry herself appropriately. Ms. Hunt has worked for Judges families different states in addition has been requested in high profile elite divorces to investigate and have temporary custody of children she has always been extremely confidential of all of her clients and their family member's. This was not about the family being from another country as Ms. Hunt was and still considers herself a member of a church whose Pastor and his lovely professional family along with a large amount of members which Ms. Hunt has friends from all different cultures. This was about greed and demonstrated hate towards Ms. Hunt / the United States of America from this couple who demonstrated severe hate towards Ms. Hunt for being born in "America and being an American Citizen with this overseas estate manager couple who previously stated they managed private small hotel with a Bar for rooms that cost $10,000 a day and were braggadocios about drinking addictions.

Ms. Hunt was not given the same equal opportunity from the very beginning as the other two private estate manager "married couple" from a "foreign country" and Ms. Hunt is praying to get this resolved with the elite family and their new attorney as soon as possible. In addition to a manager in out of state appeared and demonstrated did not represent the family at the time for their highest good in a wrongful termination of Ms. Hunts position as a Private Estate Manager due to some inaccurate and grossly misconstrued facts and untruths which Ms. Hunt would like to face her accusers in person with their "new attorney present in a private meeting." Ms. Hunt was employed with this "foreign couple" and informed by the out of state Manager who will be known at this time as (Ms. HG) that were all supposed to be equal. This was demonstrated that we were not from the beginning of being hired according to appeared and demonstrated actions that had transpired that Ms. Hunt was not treated equally from the beginning after this "estate manager couple arrived" and demonstrated and made hostile statements toward Ms. Hunt for being an "American citizen" in addition to stating discrimination in appropriate unprofessional remarks about the specific State where this private estate is located in addition stating inappropriate remarks towards the people and the culture.

Ms. Hunt prays to have a meeting with the CEO of the family business and their new attorney to get a peaceful resolution so specific people will not have to be added to this or a wrongful termination.

Ms. Hunt was informed she may provide a copy of document to an attorney to view only. Ms. Hunt had to deal with an extremely hostile environment from this "foreign couple made threats and hostile remarks regarding "*Americans*" and the couple known as Mr. & Mrs. X stated "<u>we Americans are stupid and we do everything wrong here in the USA compared to their country, they continued to state how they hated the USA and everything about this country our leadership etc. Ms. Hunt had to listen to excessively and when she requested to speak with the immediate</u>

<u>**Principals / Family the gatekeeper out of state Manager Ms. HG kept giving excuses that they were going to have a meeting and they never did. The landscapers one of whom worked approximately 16 years had stated he was very uncomfortable of how this estate couple came in and was disrespecting the private estate.**</u> They were intimidated by this couple who also made threats to terminate and clean house of all " These two people chose to work on a visa in the USA. The estate manager couple complained about our in the USA country. This foreign couple stated blatant threats to cyber stalk harass me find information on line and stated they would look on line and find whatever they could to get me fired. There is a lot more to this however Ms. Hunt is praying that she may have a meeting with this family and their new attorney to get this resolved in a positive resolution so that she may move forward. Ms. Hunt was very excited about working for this specific elite family for several reasons one she has a Pastor from the same country she was praying to introduce and to be invited to their church where a majority of people including from this specific country are united and love America and the "people." Ms. Hunt prays and believes in God and attends church on a regular basis she prays god will expose the truth to this family and that Ms. Hunt is in the process to negotiate a meeting with the Principals/family and the son in law who is the CEO with their new lawyer present as she was wrongfully terminated and tossed off a large private estate in a few hours by their two managers. Ms. Hunt prays in church and my parents who are deceased but had taught me to hold very high standards and morales to never judge to pray for people. Ms. Hunts parents taught her about "people and human beings to treat people how you would like to be treated with love and kindness and respect." Ms. Hunt's parents taught her about Unity for the "Human race of this world and she was praying that one day she would be a commercial pilot to help fly people around the world to help them." There is a saying god keeps showing me in our constitution of the United States of AMERICA UNITED WE STAND as the human beings not about social class, race we need to stand as human beings of this world to help one another to make this world a better place to live. United we stand divided we all fall short of helping society as a whole to make the world a better place. Ms. Hunt is praying that she will be able to negotiate this meeting with the principals family and their new attorney as she will be able to explain in a positive resolution and move forward with her life. Ms. Hunt has requested a meeting in writing to the family and their new lawyer and prays that she will be able to meet with them in person with their new attorney present as she has done nothing wrong and would like to clear this vindictive character assassination with willful, wanton intent to harm Ms. Hunt and her deceased family good name and put this behind her as a "horrible learning experience of ignorant, unsophisticated vindictive estate couple who was about greed and disrespecting which Ms. Hunt witnessed even their prior private estate manager of approximately 16 years and who was retired US military who was very polite and professional to Ms. Hunt and had confided that she was not comfortable with this couples unprofessional rude behavior the week they arrived.

Ms. Hunt would be willing to provide a copy of this termination contract if it is sealed for only the honorable Judge to view who is also a member of the bar association. Ms. Hunt is very private about her Principals/clients families for many reasons specifically for security and protecting the Principal/families who Ms. Hunt does not believe they were provided the truth which is why Ms. Hunt has requested a in person meeting with this family and their son in law the new CEO and their new attorney to be present. Due to the Principals/Family and their respect Ms. Hunt does not believe they were informed of the truth of what was really going on with their private estate and for

privacy and security reasons Ms. Hunt is not at liberty to say anymore as she is still trying to protect this family due to this " couple has demonstrated already breaching their confidentiality along with the families security by many of their actions along with the out of state Manager who has demonstrated not representing this Principal / family in how an Estate Manager should be when working for any Principal.  Ms. Hunt has been employed for approximately 15+years working for elite wealthy Principals/families such as Judges from different states at their private country club estates Political families from Washington, D.C., CEO's of well-known companies etc. Ms. Hunt has had the honor and privilege of meeting several US Supreme Court Judges including the late US Supreme court Judge S.  Ms. Hunt has always respected her Principals/Clients privacy along with security to protect the family and their safety both in the USA and in Ms. Hunt was wrongful terminated due to cyber stalking harassment 18 USC 2281-A which has included the two people mentioned and two other people and possibly a third from another state that may be added in an amended to this claim or a separate claim who are presently she was told working on a visa from another country.  Ms. Hunt is unaware at this time if this estate couple is just a working according to them a visa and or a green card.  Ms. Hunt was informed by this couple during who employment that may be added into this due to threats and harassment and wrongful termination due to cyberstalking harassment and other evidence.  Ms. Hunt is presently negotiating a meeting with their new attorney to have a private meeting.  Due to the Principal's /Families extreme wealth, power and political influence in the USA.  Ms. Hunt is praying to keep this out of the courts and have a positive resolution after the Principal's/Family is provided the "real truth to clear her good name and her deceased family name." *Vindicate me in your righteousness, Lord my God;   do not let them gloat over me.* Psalm 35:24 *Vindicate me, my God,       and plead my cause, Rescue me from those who are deceitful and wicked.*

Ms. Hunt would like a chance to clear her name and her reputation and then be able to meet with the family out of respect to them they are around her late parents age.  Ms. Hunt was raised old school out of respect to her parents.  This couple is approximately the same age her parents were before they passed away to be the lord. Ms. Hunt has siblings close to her age and they believe in god she would like the opportunity to meet and speak with them to clear this wrongful termination and have a resolution so that she may move forward with her life.  Ms. Hunt does NOT believe the elite family is aware of the three managers and all their demonstrated vindictive actions toward Ms. Hunt was done as matter of they appeared and demonstrated according to evidence Ms. Hunt has felt apparently threaten by Ms. Hunt  because of  her years of experience and diverse employment history working for very elite well known families.

Ms. Hunt would like the clear this wrongful termination which she was threatened by two of the managers were all in this cyber stalking harassment together to get rid of her.  Ms. Hunt had received an email apparently that was addressed to the other estate manager that appeared and demonstrated a manager in out of state manager and never had the same equal opportunity's this out of country couple did  she had never physically met and had an hour conversation with apparently appeared and demonstrated to be intimidated by Ms. Hunt due to her dedicated work ethic for elite famous families. Ms. Hunt's dream was to be a commercial pilot and flying "helping people around the world."  Ms. Hunt has worked for elite well known families that if you had met they would all tell you her dream and goal was to  be a commercial pilot.

Ms. Hunt was excited and had started back studying at night to go to school for flight school at a small aviation school which was up the road and was taking online study exams.  Due to approximate 25 years of working for elite well known families passing numerous background

checks working for families having temporary custody of children during high profile confidential divorces etc. along with working for Judges and lawyers families in different states Ms. Hunt honors her word and for security and safety of the families she has worked for over the years has ALWAYS protected the privacy and security of all her clients! Ms. Hunt does not release their information without prior authorization for employment background checks only out of respect, privacy and for their protection due to their elite well known status. Ms. Hunt will provide sealed to the court this information as evidence for the families safety and security a copy of the contract that was not honored during her wrongful termination on the only condition that according to the documents only a lawyer is allowed to view and she will do her best to protect and still honor her word and the security of this elite family as she has with all her clients of the past. This evidence must be sealed with the court for their security and privacy and according to the contract that was not honored as promised Ms. Hunt would still like to honor her word to protect this Principal's/Family as Ms. Hunt does not believe that this Family is "really aware of the whole and real truth regarding these three managers and this grossly misconstrued information that was provided that was falsified by two women Diane yoshimura and jen wise with the intent to maliciously willfully with wanton to do Ms. Hunt severe harm and they have specifically in the line of working with elite families and private hiring agencies.

Ms. Hunt believes once the family has had a meeting in person they will realize the "real truth and that this demonstrated willful, wanton; vindictive character assignation was with the intent to severally harm Ms. Hunt. Ms. Hunt would request thirty days as she has recently received the "new attorney's name and information and she has filed FOIA request regarding due to the institution has not as of yet fully cooperated with her public records request and she believer's they will be able to have a meeting to resolve this in a position resolution for the "foreign family's" Ms. Hunt was wrongfully terminated and would like to clear her good name and her late family good name out of respect to her late parents and her sisters who also work for government and get severe back ground checks which she fears that this may also affect her siblings years of service with government positions due to who this elite family and their political connections to the US .

Ms. Hunt would like to have a chance to fly out to the other state and meet with the family to speak with them as she has evidence and believes the "family she had never spoke with or met" was provided inaccurate "falsified information grossly misconstrued the information to benefit for their financial purposes as a matter of greed and documents that caused her harm slandering, defaming and committing libel with vindictive malicious willful, wanton intent to do her harm and they succeeded". Ms. Hunt was fired on May 16, 2018 and tossed off a private estate in hours with her belongings what little she owned being humiliated by infront of other private estate residence and infront of public servants. Statements and threats were made to Ms. Hunt to harm her good name and reputation which this has now done causing her to be displaced and has severally affected her finding employment in the line of work that she has done getting background checks for her line of work with elite families approximately 25 years and has affected her finding employment, a place of residence which she also lost. The people involved in this all made threats that were vindictive, malicious in advance to harm Ms. Hunt's name reputation and did according to legal aid society on Maui attorney stated this is cyber stalking harassment and wrongful termination of a "character assignation on Ms. Hunt's good name and reputation" and far too complicated for him to take due to the US Federal laws and politically connected to possibly in the US. This has also affected her aviation background which she had recently was pursuing after the 911, bank fraud and unfair deceptive trade practices. Ms. Hunt feels like maybe she should have been a lawyer instead of a pilot her late parents wanted her be however Ms. Hunt has a mustard seed of faith in the judicial system as she feels the criminals have more rights than law abiding citizens like herself in this world.

Ms. Hunt was not made aware of the full damage until she was able to obtain and view "falsified statements, documents that she as of yet as not received all information and is still waiting per the law and lying to police or as the court would per "grossly misconstruing the facts" in falsifying police reports which Ms. Hunt was not made aware of until after she was terminated from her employment on the other island.

These people slandered her good name, defamed, slandered, her and her family and their good name committed libel with malicious willful wanton intent causing her severe harm due to cyber stalking harassment 18 USC 2261-A they were all vindictive and malicious with willful, wanton intent to do her harm and they have all succeeded.

In the approximate 46 years Ms. Hunt has worked to build an excellent reputation that her parents of 52 years of marriage taught her to high morals and values and was raised to believe in Jesus and pray and follow the laws of the land and the laws of god. These people in a matter of hours and days violated my United States Constitutional rights that my father fought for in this country serving in the United States military. They in a matter of hours, days demonstrated a severe character assignation against me to destroyed my good name and my family good name causing me irreparable damage that has caused me severe financial hardship, public embarrassment, severe humiliation, severe stress and anguish. Attorney Mr. Wong knows well of what a character assignation is after being arrested and having his mugshot on the front page of the news and on the internet.

Due to violation of she believes her sunshine laws and public records law 5 USC 552 were severally violated according to evidence and this has been dragged on for many months due to negligence, incompetence and she believes not the appropriate funding for proper training.

Ms. Hunt was wrongfully terminated from a very good job on another island and she was not afforded the same equal opportunity to speak and meet with the "elite well known famous family as the other two people hired at the same time." Ms. Hunt has made many attempts and her computer got a virus which she believes was done by one of the people she worked with who had added computer programs on her personal computer. Ms. Hunt was informed they would be working as a team with the other two people who made threats to cyber stalk her and made threats get her terminated within 90 days and they also succeeded. Due to there are "not from the USA on believed working visa's they made hstile statements on a day to day basis making nasty statements regarding the US Americans. Ms. Hunt attempted to stay positive despite their negative "Nancy attitudes" and nicely reminded them they are living an in beautiful estate on a beautiful island around beautiful "people." Ms. Hunt had witnessed their highly demonstrated unprofessional behavior and bad habits that she does not believe the owners are aware of as of yet. Ms. Hunt believes once she has her good name cleared and she prays god will open a door or a window to be allowed to meet with the owners and is afforded the same equal opportunity as these two people they would agree to meet with their attorney present she does not believe they are really aware of the "real truth". The manager and these people did a character assignation to get rid of Ms. Hunt due to greed and wanting more money as they complained about the high taxes in Hawaii the cost of living, the people in Hawaii even stated while Ms. Hunt was employed how "we stupid American's were are laws and how we did everything wrong" in this country which is interesting because Ms. Hunt has a Pastor from this same country and the people and the family have always spoken highly of the people and they are happy to be in America however this is a Pastor and a godly family. Ms. Hunt was raised we are all god's children and to look past people who appear and demonstrate to be ignorant and discriminatory and to teach people to love one another not to hate her parents of 52 years taught her to be the better person.

Due to the name of this elite extreme wealthy family and their being well known and owning property on anther island Ms. Hunt has been made aware when employed by them of their connections with public officials both State of Hawaii and Federal she would like to know before this case is accepted if the Judge assigned to this case would have a conflict of interest to insure Ms. Hunt has a "fair and just trial." Ms. Hunt would like to file in part and for now to leave the immediate family out of this legal matter as of yet and prays that once she clears her good name and family good name from this cyber stalking harassment 18 USC 2261-A and "falsified documents /statements made to the "courts" that she prays will be afforded the opportunity to have the same equal opportunity to meet with the family to explain and show evidence as the people who are employed for them did not provide the "truth to this family". Ms. Hunt believes if they had known the real "truth they would not have wrongfully terminated her."

Ms. Hunt has never sued any of her elite clients she has always worked hard for the families and has an excellent reputation and character for hard work ethics and high moral standards which she has upheld her entire life.

As her father and I believe it was "Warren Buffet" stated don't do anything you would not want published on the front page of the 'newspaper'. They have respected her work and her high moral character and goals of working on her pilot's license and they have paid her for her work over the years. Ms. Hunt has finally received her computer back with confidential contact information and is praying to get correspondence to the family directly without interference of the manager in another state who based on electronic evidence was threatened and believed intimidated by Ms. Hunts education and connections of the many families she has worked for over the years and excellent reputation.

Ms. Hunt would pray the Judge who views this will not have a conflict of interest. Ms. Hunt would like to get this settled quickly so that she may be able to clear her name and reputation both in courts and online. Ms. Hunt once this is cleared is going to request any and all documents be destroyed due to this "falsified documents, statements "made by these two women who made threats to harm Ms. Hunt (me to do me severe harm this was an unpaid salary claim which has now caused personal injury to Ms. Hunts name and employment which she will be filing evidence from courts any and all records to all be moved    to Federal immediately.

Ms. Hunt is aware this is a work to right state however there are US Federal laws regarding employment that have been violated and cyber stalking harassment 18 USC 2261-A that has caused that they have committed to be vindictive slander, libel, defamation of character assignation. This has caused Ms. Hunt to be displaced for approximately nine months along with severe financial hardship damages which Ms. Hunt. Ms. Hunt is confident on the lord who is first in her life and all the evidence in courts and the witnesses that she has will not only prove her innocence and clear her good name and her family name that she will be requesting for the highest US Federal laws for these two women Diane Yoshimura and Jennifer Wise (was a Realtor on Maui) and the couple to prosecuted by US Federal laws so they will never be able to hurt another person as long as they live. Ms. Hunt prays for "truth and justice" and that she will be able to clear her good name and family name and meet with the elite well known family to clear her name with them.

Ms. Hunt had met a Realtor    and Fabienne Gandall broker/owner of Maui Life e reality in fall of 2017 thru an introduction after being hired to manage properties thru the owner Diane Yoshimura temporary and was going to train her son Michael Yoshimura a recent college graduate from University of Hawaii. Ms. Hunt had met the Realtor and Fabienne Gandall the broker and when walking out of the office during the day was threatened by a women by the name of Jennifer Wise a recent Realtor new to Maui apparently. Ms. Hunt informed the broker and Realtor who this women

Jennifer Wise also made threats to harm both of them physically and destroy their business. Ms. Hunt did not want to get involved. Ms. Hunt was interviewing and sending resumes for private estate manager as she had worked on Maui and in other states for many wealthy elite families over approximately 15+ years doing various types of employment and has passed background checks and built a very strong name for herself while she was pursuing her goal to be a commercial pilot and obtained her private pilots license prior to 911 and the banking fraud in the USA severally effecting the United States economy.

Ms. Hunt can prove in court that Jennifer Wise a Realtor who was employed with Maui Lifes Reality on Maui who she did not know this person character who has practiced law without a license, and did not go to law school allegedly falsified documents in courts with Diane Yoshimura committing perjury and aided and abetted Diane Yoshimura to "falsify police reports" violating Ms. Hunts United States Constitutional rights by "falsifying documents in courts lower and higher" without Ms. Hunts knowledge or authorization. Ms. Hunt believes her HIPPA laws were also violated.

Ms. Hunt first and foremost would like her good name and her family good name cleared immediately with the lower and higher courts and the three "falsified documents / statements cases filed to be destroyed in both the lower and higher court once this case is completed. The main reason as these "falsified documents/statements have caused severe damages and in Ms. Hunts line of employment with the "elite upper class" the families won't care if you are innocent". The Elite social classes do not want to deal with problems.

An example: A man gets "falsify accused of child molestation" the court in the highest US Supreme say clears his name as he is NOT GUILTY even though the court in the highest has cleared his name and has solid evidence he is NOT GUILTY people in our society never look at the man the same way ever again so the man has to move somewhere trying to start his life over praying people don't find on the internet.

Ms. Hunt was wrongfully terminated due to cyber stalking harassment 18 USC 2261-A and a matter of a few days and hours destroyed her good name , her family good name and her late parents good name causing her severe financial hardship causing her to loose her place of residence, her income, her character was assassinated on line along with "false information , documents and statements filed with MPD and with courts. Ms. Hunt requested much needed help wrote higher officials. Ms. Hunt had temporarily worked for Diane Yoshimura managing and as of yet has not been paid. Ms. Hunt is requesting her payment for unpaid salary/wages due and according to Hawaii State law 6 % interest on the total. Ms. Hunt in addition is suing for loss of my employment $            any and all past damages and future losses along with the laws.

The following US Federal Statues have been severally violated:

18 USC 2261-A Cyber stalking harassment
40 U.S. Code 3703 Report of violations of withholding of amounts for unpaid wages and liquidated damages.

Mr. James Yoshimura is not involved in this as evidence was filed sealed with the courts and Ms. Hunt has evidence he was not involved in this(only that diane yoshimura uses his name around Maui claiming she has a black book on specific officials whether this is true or false Ms. Hunt doesn't know and doesn't care. Diane Yoshimura just used his name and his reputation having worked for the Maui Police Department to throw around as she claimed she gets "special favors"

from MPD it was Diane Yoshimura and Jennifer Wise (a Realtor/ no longer). Ms. Hunt believes after lower courts (see records. EXHIBITS A-J ARREST RECORDS FOR JENNIFER WISE who is no longer a licensed Realtor.

In addition, the Broker/Owner Fabienne Gandall has shown me documents of vandalism caused by wise and ex husband of a condo causing thousands of dollars of damages where feces was smeared on the walls The Broker Ms. Gandall informed me that Jennifer Wise was terminated for violation of ethics and a drug problem. (see public court records) Ms. Gandall a licensed real estate broker had to file a TRO against ex husband for extensive vandalize regarding private condo. Ms. Gandall had provided to jen wise and her two little girls a place to live help with obtaining her real estate license, laptop and mentor training for the real estate business.

Ms. Hunt was made aware after she returned on island from her wrongful termination that there had been a preschool/CPS investigation. Child Protective Services have had an ongoing investigation regarding Jennifer Wise which due to the two children who are minors their information would only be allowed by a Judge.

Mrs. Gandall has also had to filed court papers due to her harassment, vandalism and threats made by Jennifer Wise to harm her and her business. Ms. Gandall has been advised due to forged documents she showed me some are Federal documents alleged forged by jen wise she was advised that she needs to obtain a lawyer due to she owns a business.

Ms. Hunt is accustom to being employed for professional elite business families approximately 20 years now who respect her and pay her for her hard work and are law abiding members respected

Professionals ie: Judges in different states, lawyers, doctors, CEO's of professional well known business people in our society. Had Ms. Hunt known who Diane yoshimura appeared and demonstrated who she really was Ms. Hunt would have never worked for her and wished she never met her. Ms. Hunt has been recently made aware of no permits ever pulled for ie: due to safety issues for many people living in a believed single dwelling home with a separate ohana that has been made into three illegal apartment's the electrical, zoning, plumbing inspectors

Please see US Federal Laws violated

18 U.S. Code § 1001

18 USC 1681 Perjury

42 USC 1988

18 USC 241

18 USC 242

18 USC 1503 OBSTRUCTION OF JUSTICE ,18 USC 1621 PERJURY

18 U.S.C. § 1515(b),

18 U.S.C. § 1505,

18 U.S.C. § 1512

28 USC 4101

**PRAYER FOR RELIEF**

Ms Hunt prays for relief first and foremost a face to face meeting with the Principals son in law and there attorney to clear this wrongful termination and her good name, excellent reputation with this family where this employment was prophesized five years ago from a Prophet from their country in another state. Ms. Hunt would humbly request the 1 court to destroy all documents that were falsified with the court as factual petition of innocence (see 2009 San Francisco case     )

As this falsified documents, perjured statements have caused severe character assignation they tried to serve her church papers while she had been off island publicly embarrassing her to her Pastor and church by Diane Yoshiumura and Jen wise who acted as per personal attorney practicing law without a license which a Hawaii Ethics complaint is being filed along with possibly other Ethic complaints regarding violated FOIA laws 5 USC 552 and Hawaii 92F-22-24. Ms. Hunt is seeking attorney's fees and costs under civil rights attorneys fee award act of 1976 and damages for personal injury, slander, defamation of character with malice with willful , wanton malicious vexatious intent to do a character assignation that these two women Diane Yoshimura and Jennifer wise (see criminal records case 2pc18000866) for their cyber stalking harassment 18 USC 2261-A with malicious will won ton intent to defame and commit malice to harm Ms. Hunts employment working for elite wealthy people which has severally affected her past employment with an elite family for approximately 14 months now out of work and been displaced. In addition to this has harmed her in obtaining employment with a specific elite hiring agency where she has been where she has reason to believe she has been blacklisted now due to this nightmare from these two women and possible a third Maria Taufa and a foreigner estate couple who made threats to Ms. Hunt which was reported to the out of state manager who refused to speak with Ms Hunt did absolutely nothing and Ms. Hunt was terminated after and requested a meeting with the Principal and the CEO son in law after she was tossed off the property with in hours with no vehicle and belongings some of which she has not received back as of yet. Ms. HUNT would like an apology publicly from these malicious vindictive women who attempted a character assignation. Ms. Hunt would like a law changed in the US and in Hawaii regarding online information and cyber stalking harassment in Hawaii and the USA

## CERTIFICATE OF SERVICE

I here by certify copies were mailed to all the below parties on : _Sept 4_ ,2019

Diane Yoshimura 631 Imi Drive Wailuku, Hawaii 96793

Attorney **Swatek, Selina Rose** for Jennifer wise c/o according to court records Criminal Charge

Office of the Public Defender

81 N. Market St.

Wailuku, HI 96793

Jennifer L. Wise

Malama Family Recovery Center

388 Ano St. Kahului , HI 96732

808-877-7117

Maria E. Taufe last known address

_[signature: Patricia Hunt]_

General Delivery
Kahului, HI